No. 112. GREGORY *v.* UNITED STATES; and

No. 210. P. G. LAKE, INC. *v.* COMMISSIONER OF INTERNAL REVENUE. December 3, 1945. MR. JUSTICE BURTON took no part in the consideration or decision of these applications.

No. 54. SCOTT PAPER CO. *v.* MARCALUS MANUFACTURING CO. ET AL. December 10, 1945. 326 U. S. 249.

No. 461. RENNINGER *v.* NEW YORK. December 10, 1945.

No. 208. DE NORMAND ET AL. *v.* UNITED STATES. January 2, 1946. Second petition for rehearing denied.

No. 552. OFFICIAL AVIATION GUIDE CO., INC. *v.* AMERICAN AVIATION ASSOCIATES, INC. ET AL. January 2, 1946.

No. 69. BOEHM *v.* COMMISSIONER OF INTERNAL REVENUE. January 7, 1946. 326 U. S. 287.

No. 188. LAWRENCE *v.* ILLINOIS. January 7, 1946. The motion for leave to file a third petition for rehearing is denied. MR. JUSTICE BURTON took no part in the consideration or decision of this application.

No. 25, Misc. SPEARS *v.* JOHNSTON, WARDEN. January 7, 1946.

No. 39. MAY DEPARTMENT STORES CO., DOING BUSINESS AS FAMOUS-BARR CO., *v.* NATIONAL LABOR RELATIONS BOARD. January 7, 1946. 326 U. S. 376.